UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
SCHUELER, ROBIN A.                  §          Case No.  15-39308-DRC
                                    §
                Debtor(s)           §

_____

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

       Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully
Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any
order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have
come under the trustee's control in this case have been properly accounted for as provided by law. The trustee
hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without
payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $1,851.00 |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $5,664.79 | Claims Discharged |
| | Without Payment: $14,231.00 |
| Total Expenses of Administration: $9,806.75 | |

       3) Total gross receipts of $40,474.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of
$25,002.46 (see **Exhibit 2**), yielded net receipts of $15,471.54 from the liquidation of the property of the estate,
which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES(from **Exhibit 4** ) | NA | $9,806.75 | $9,806.75 | $9,806.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $19,826.00 | $5,632.00 | $5,632.00 | $5,664.79 |
| **TOTAL DISBURSEMENTS** | $19,826.00 | $15,438.75 | $15,438.75 | $15,471.54 |

4) This case was originally filed under chapter 7 on 11/18/2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :     02/08/2017                      By :     /s/ Elizabeth C Berg

                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Annuity | 1129-000 | $40,474.00 |
| **TOTAL GROSS RECEIPTS** | | $40,474.00 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SCHUELER, ROBIN A. | Disb of 100.00% to Claim #9999 | 8200-002 | $25,002.46 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $25,002.46 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3120-000 | NA | $26.01 | $26.01 | $26.01 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $13.59 | $13.59 | $13.59 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $2,297.15 | $2,297.15 | $2,297.15 |
| Baldi Berg, Ltd. | 3110-000 | NA | $7,470.00 | $7,470.00 | $7,470.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $9,806.75 | $9,806.75 | $9,806.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PORTFOLIO RECOVERY | 7100-000 | $1,032.00 | $1,032.05 | $1,032.05 | $1,038.06 |
| 000005 | PORTFOLIO RECOVERY | 7100-000 | $587.00 | $587.67 | $587.67 | $591.09 |
| 000004 | Capital One Bank (USA), N.A. | 7100-000 | $697.00 | $697.68 | $697.68 | $701.74 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $962.00 | $962.86 | $962.86 | $968.47 |
| 000002 | QUANTUM3 GROUP LLC AS | 7100-000 | $1,008.00 | $1,008.53 | $1,008.53 | $1,014.40 |
| 000001 | BUREAUS INVESTMENT GROUP | 7100-000 | $1,309.00 | $1,343.21 | $1,343.21 | $1,351.03 |
| | Bank Of America | | $4,478.00 | NA | NA | $0.00 |
| | Barclays Bank Delaware | | $4,037.00 | NA | NA | $0.00 |
| | Citibank Sd, Na | | $3,355.00 | NA | NA | $0.00 |
| | Creditors Protection S c/o | | $143.00 | NA | NA | $0.00 |
| | Dr. Alan Kossman | | $100.00 | NA | NA | $0.00 |
| | Dukane Obstetrics | | $150.00 | NA | NA | $0.00 |
| | First Premier Bank | | $968.00 | NA | NA | $0.00 |
| | Mayo Clinic | | $1,000.00 | NA | NA | $0.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $19,826.00 | $5,632.00 | $5,632.00 | $5,664.79 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-39308**                    Judge: **Janet S. Baer**                    Trustee Name: **Elizabeth C Berg**
Case Name: **SCHUELER, ROBIN A.**                                                 Date Filed (f) or Converted (c): **11/18/2015 (f)**
                                                                                    341(a) Meeting Date: **12/14/2015**
For Period Ending: **02/08/2017**                                                  Claims Bar Date: **05/18/2016**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Checking account with BMO Harris | 251.00 | 0.00 | | 0.00 | FA |
| 2. | Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. | Books, Tapes, CDs etc. | 100.00 | 0.00 | | 0.00 | FA |
| 4. | Wearing Apparel | 450.00 | 0.00 | | 0.00 | FA |
| 5. | Misc. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. | Annuity | Unknown | 40,474.00 | | 40,474.00 | FA |

**Gross Value of Remaining Assets**

**TOTALS (Excluding Unknown Values)**            1,851.00        40,474.00                        40,474.00                0.00

---

Re Prop. #6   Pursuant to this Court's order dated 9/16/16 [dkt 28], Trustee authorized to sell the Estate's interest in the structured settlement payment (annuity) which was payable in 2041 for a lump sum payment of $40,474.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 6, 2016:  Trustee successfully negotiated and obtained court authority [dkt 28] for a sale to third party of the Estate's interest in a $200,000.00 structured settlement payment which was due and payable in 2041 for a lump sum payment of $40,474.00.  The purchaser is pursuing the requisite probate court approval of the proposed sale.  Upon recovery of the lump sum payment, Trustee will review claims, analyze Estate tax matters and prepare to close the case.

July 5, 2016:  Trustee's attorney continues to negotiate for recovery of annuity.  Trustee is attempting negotiate the purchase of the Estate's interest in the final annuity payment by the Debtor, or alternatively, to sell right to receive payment to 3rd party.

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-39308**                              Judge: **Janet S. Baer**                    Trustee Name: **Elizabeth C Berg**
Case Name: **SCHUELER, ROBIN A.**                                                              Date Filed (f) or Converted (c): **11/18/2015 (f)**
                                                                                               341(a) Meeting Date: **12/14/2015**
For Period Ending: **02/08/2017**                                                              Claims Bar Date: **05/18/2016**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Initial Projected Date of Final Report(TFR) : 09/30/2017        Current Projected Date of Final Report(TFR) : 12/31/2016

**Trustee's Signature**      /s/Elizabeth C Berg        **Date:** 02/08/2017
                             Elizabeth C Berg
                             20 N. Clark St., Suite 200
                             Chicago, IL 60602
                             Phone : (312) 726-8150

UST Form 101-7-TDR (10/1/2010) (Page 7)                                          **Exhibit 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **15-39308** | Trustee Name: **Elizabeth C Berg** |
| Case Name: **SCHUELER, ROBIN A.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*5229 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*3999** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **2/8/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2016 | [6] | Fairfield Funding<br>3424 Peachtree Road<br>Suite C-100<br>Atlanta, GA 30326 | Proceeds of Sale of Debtor's Annuity Payment Per Court Order Dated 9/16/16 [Dkt. 28] | 1129-000 | 40,474.00 | | 40,474.00 |
| 01/10/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | TR Final Compensation | 2100-000 | | 2,297.15 | 38,176.85 |
| 01/10/2017 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 13.59 | 38,163.26 |
| 01/10/2017 | 51003 | Baldi Berg, Ltd.<br>20 N Clark St<br>Suite 200<br>Chicago , IL 60602 | Attys Final Compensation | 3110-000 | | 7,470.00 | 30,693.26 |
| 01/10/2017 | 51004 | Baldi Berg, Ltd.<br>20 N Clark St<br>Suite 200<br>Chicago , IL 60602 | Attys Expenses | 3120-000 | | 26.01 | 30,667.25 |
| 01/10/2017 | 51005 | SCHUELER, ROBIN A.<br>110 W Boone St<br>Belvidere, IL 61008 | Disb of 100.00% to Claim #9999<br>Surplus to Debtor | 8200-002 | | 25,002.46 | 5,664.79 |
| | | | Page Subtotals | | 40,474.00 | 34,809.21 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 15-39308 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** SCHUELER, ROBIN A. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5229 Checking Account |
| **Taxpayer ID No:** **-***3999 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 2/8/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/10/2017 | 51006 | BUREAUS INVESTMENT GROUP PORTFOLIO c/o Recov. Mgmt Syst. Corp 25 SE 2nd Avenue Suite 1120 Miami , FL 33131-1605 | Disb of 100.58% to Claim #000001 | | | 1,351.03 | 4,313.76 |
| | | | (1,343.21) | 7100-000 | | | |
| | | | (7.82) | 7990-000 | | | |
| 01/10/2017 | 51007 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland , WA 98083-0788 | Disb of 100.58% to Claim #000002 | | | 1,014.40 | 3,299.36 |
| | | | (1,008.53) | 7100-000 | | | |
| | | | (5.87) | 7990-000 | | | |
| 01/10/2017 | 51008 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte , NC 28272-1083 | Disb of 100.58% to Claim #000003 | | | 968.47 | 2,330.89 |
| | | | (962.86) | 7100-000 | | | |
| | | | (5.61) | 7990-000 | | | |
| 01/10/2017 | 51009 | Capital One Bank (USA), N.A. P O Box 71083 Charlotte, 28272-1083 | Disb of 100.58% to Claim #000004 | | | 701.74 | 1,629.15 |
| | | | Page Subtotals | | 0.00 | 3,333.90 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)                                    **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **15-39308**
Case Name: **SCHUELER, ROBIN A.**
Taxpayer ID No: **\*\*-\*\*\*3999**
For Period Ending: **2/8/2017**

Trustee Name: **Elizabeth C Berg**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*5229 Checking Account**
Blanket bond (per case limit): **5,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | (697.68) | 7100-000 | | | |
| | | | (4.06) | 7990-000 | | | |
| 01/10/2017 | 51010 | PORTFOLIO RECOVERY ASSOCIATES, LLC Succ. to Synchrony Bank (JC PENNEY CREDIT CARD) POB 12914 Norfolk , VA 23541 | Disb of 100.58% to Claim #000005 | | | 591.09 | 1,038.06 |
| | | | (587.67) | 7100-000 | | | |
| | | | (3.42) | 7990-000 | | | |
| 01/10/2017 | 51011 | PORTFOLIO RECOVERY ASSOCIATES, LLC Succ. to SYNCHRONY BANK (WALMART) POB 12914 Norfolk , VA 23541 | Disb of 100.58% to Claim #000006 | | | 1,038.06 | 0.00 |
| | | | (1,032.05) | 7100-000 | | | |
| | | | (6.01) | 7990-000 | | | |
| | | | Page Subtotals | | 0.00 | 2,330.89 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-39308 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | SCHUELER, ROBIN A. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5229 Checking Account |
| Taxpayer ID No: | **-***3999 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/8/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 40,474.00 | 40,474.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 40,474.00 | 40,474.00 |
| Less: Payments to Debtors | | 25,002.46 |
| **Net** | 40,474.00 | 15,471.54 |

| | |
|---|---|
| All Accounts Gross Receipts: | 40,474.00 |
| All Accounts Gross Disbursements: | 40,474.00 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5229 Checking Account | 40,474.00 | 40,474.00 | |
| **NetTotals** | 40,474.00 | 40,474.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 11)

**Exhibit 9**